IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SCOTT N. JOHNSON,

      Plaintiff,

      v.

SU-SHEIN LIN, Individually and as Trustee of The Trust of Su-Shein & Min-Mei Lin and/or the Certified Extract of Trust Agreement; MIN-MEI LIN, Individually and as Trustee of The Trust of Su-Shein & Min-Mei Lin and/or the Certified Extract of Trust Agreement,

      Defendants.

No. 2:10-cv-01603 KJM KJN

ORDER

/

      Presently before the court is plaintiff's motion for default judgment against defendants.[1] On February 24, 2011, the undersigned conducted a hearing on plaintiff's motion. (Minutes, Feb. 24, 2011, Dkt. No. 11.) Plaintiff Scott N. Johnson, an attorney, appeared at the hearing and represented himself. Although neither defendant had previously appeared in this case or filed a notice of appearance prior to the hearing, defendant Su-Shein Lin appeared on his own behalf and represented that defendant Min-Mei Lin, who was Su-Shein Lin's wife, passed

---

[1] This matter proceeds before the undersigned pursuant to Eastern District of California Local Rule 302(c)(19) and 28 U.S.C. § 636(b)(1).

1

away years ago.² Mark Storm and Peter Krysinski, who are employees of defendant Su-Shein Lin and not attorneys, also appeared with Mr. Lin.

At the hearing, plaintiff offered to withdraw his motion for default judgment to permit defendants to file a response to plaintiff's complaint, notwithstanding the fact that the Clerk of Court has already entered default against defendants. The undersigned accepts plaintiff's withdrawal of his motion. Accordingly, the undersigned HEREBY ORDERS that:

1. Plaintiff's motion for default judgment (Dkt. No. 9) is withdrawn.

2. The Clerk of Court's entry of default (Dkt. No. 8) is set aside.

3. Defendant Su-Shein Lin shall have no more than 45 days from the date of this order to file an answer or otherwise respond to plaintiff's complaint.

4. If Mr. Lin fails to file an answer or otherwise respond to plaintiff's complaint within the time allowed, plaintiff may, as provided by law, request that the Clerk of Court re-enter default and, if appropriate, file a motion for default judgment.

5. Because, at this point, defendants are not represented by an attorney, this matter shall be transferred to the undersigned pursuant to Eastern District Local Rule 302(c)(21), and henceforth the caption on documents filed in this action shall be No. 2:09-cv-03526 KJM KJN PS.

IT IS SO ORDERED.

DATED: February 24, 2011

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

---

² Mr. Lin's representation at the hearing that his wife, defendant Min-Mei Lin, passed away years ago raises some concern regarding the veracity of plaintiff's Affidavit of Service, which declares under penalty of perjury that plaintiff's process server personally served Min-Mei Lin with the complaint, summons, and other documents on July 26, 2010.  (See Aff. of Serv., Dkt. No. 5; see also Req. for Entry of Default, Ex. A.)  That Affidavit of Service also questionably suggests, by way of a description of the person served with process, that Min-Mei Lin is a 60-year-old male.