SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL  scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson,<br><br>      Plaintiff,<br><br>  vs.<br><br>Su-Shein Lin, et al<br><br>      Defendants | Case No. **2:10-cv-01603-KJM-KJN**<br><br>**ORDER RE: REQUEST FOR DISMISSAL OF MIN-MEI LIN**<br><br>Case to Remain Open with Remaining Defendants |

IT IS HEREBY ORDERED THAT Defendant Min-Mei Lin is hereby dismissed Without Prejudice.  This case is to remain open with remaining Defendants.

Date:  March 4, 2011.

_____
UNITED STATES DISTRICT JUDGE